# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――――

## No. 201700316

―――――――――――――

## UNITED STATES OF AMERICA
Appellee

v.

## CASEY J. WILSONCROFT
Sonar Technician (Surface) Seamna Recruit (E-1), U.S. Navy
Appellant

―――――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Bethany L. Payton-O'Brien, JAGC, USN.
Convening Authority: Commanding Officer, Naval Region
Southwest, Transient Personnel Unit, San Diego, CA.
Staff Judge Advocate's Recommendation: Lieutenant Mark W.
Altman, JAGC, USN.
For Appellant: Captain Kimberly D. Hinson, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

―――――――――――――

Decided 26 January 2018

―――――――――――――

Before HUTCHISON, FULTON, and ELLINGTON, *Appellate Military Judges*

―――――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court